```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 21832
   JON E HANSEN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3461


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/19/2008 and was not confirmed.

     The case was dismissed without confirmation 10/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORP     UNSECURED         16491.46          .00             .00
CAPITAL ONE               UNSECURED          1958.07          .00             .00
CAPITAL ONE BANK          UNSECURED         NOT FILED         .00             .00
CHALET NURSERY            UNSECURED         NOT FILED         .00             .00
LEON D SHAPIRO            UNSECURED           560.00          .00             .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED         .00             .00
CITY OF EVANSTON WATER D  UNSECURED         NOT FILED         .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED         .00             .00
DIEGO & GABY LANDSCAPING  UNSECURED          1859.44          .00             .00
DUXLER TIRE               UNSECURED         NOT FILED         .00             .00
EVANSTON FIRE DEPT        UNSECURED         NOT FILED         .00             .00
EVANSTON NORTHWESTERN HE  UNSECURED         NOT FILED         .00             .00
FIRST BANK & TRUST OF EV  UNSECURED         NOT FILED         .00             .00
GOODWOOD FIREWOOD         UNSECURED         NOT FILED         .00             .00
HERTZ                     UNSECURED         NOT FILED         .00             .00
HOME DEPOT CREDIT SERVIC  UNSECURED         NOT FILED         .00             .00
LAND ROVER                UNSECURED         NOT FILED         .00             .00
LEVIN GISBURG             UNSECURED          2441.25          .00             .00
MACYS                     UNSECURED         NOT FILED         .00             .00
NAPA VALLEY EMERGENCY     UNSECURED         NOT FILED         .00             .00
QUEEN OF THE VALLEY HOSP  UNSECURED         NOT FILED         .00             .00
RESURRECTION HEALTH CARE  UNSECURED         NOT FILED         .00             .00
SACKS GORENCZNY           UNSECURED         NOT FILED         .00             .00
LVNV FUNDING LLC          UNSECURED           419.54          .00             .00
CITIBANK                  CURRENT MORTG        .00            .00             .00
CITIBANK                  MORTGAGE ARRE    20000.00           .00             .00
KIRBY ENTERPRISES         CURRENT MORTG        .00            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED          .00             .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY      NOT FILED          .00             .00
KIRBY ENTERPRISES         MORTGAGE ARRE        .00            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         73351.50           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        17565.26           .00             .00
FORD MOTOR CREDIT         UNSECURED        22133.50           .00             .00
EVANSTON MAIN LAW OFFICE  DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 21832 JON E HANSEN
```

```
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                            --------------       --------------
TOTALS                           .00                        .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 01/26/09                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 08 B 21832 JON E HANSEN